SOL KASS et al., Respondents, *v.* RALPH KAPLAN et al., Appellants.

Submitted April 7, 1952; decided April 18, 1952.

*Harry C. Brenner* for motion.
*James Dempsey* opposed.

Motion denied.